# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **The Maier Family Limited Partnership,** a California Limited Partnership; <br> **Linda Rosenson, Inc.,** a California Corporation; <br> **BAH California, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants | **Case:** 2:16-CV-01640-SS <br><br> **Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses** |

Following the Court's ruling on November 28, 2017, the Court grants JUDGMENT in favor of plaintiff Brian Whitaker and against defendants The Maier Family Limited Partnership, Linda Rosenson, Inc. and BAH California, Inc., in the amount of $19,242.50 in attorneys' fees and $660 in costs –totaling $19902.50.

Dated: 1/9/18        By:_____/S/_____
                              Hon.  SUZANNE H. SEGAL
                              United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff